# Nancy M. Avioli

▮▮▮▮▮▮▮▮▮▮

January 2, 2026

To The Honorable Sarah E Pitlyk

**Re: John J. Diehl, Jr.**

Your Honor:

I am writing to offer this as a character reference for John J. Diehl, Jr. I have had a close, personal relationship with John and his family for over thirty years.

John and I are parents to Samuel Diehl, who passed away in October 2016 at the age of 23. Although John and I were never married, we maintained a committed and cooperative relationship in raising our child, a steadiness I attribute primarily to his consistent efforts and dedication.

Throughout the years John intentionally worked to keep our family connected. We regularly attended each other's family Thanksgiving and Christmas celebrations, and we consulted with each other on all aspects of raising our son. Following our separate marriages to spouses who brought additional children to the marriages, John continued to strengthen those family ties by ensuring that each of those children were expressly included and invited to events and family celebrations. Not only that – John would spend time with my children at these events, getting to know them and making them feel comfortable and included when they were at his home.

Following the loss of our son, I relied on John and his wife Kelly more than anyone else in my life. John stepped up, as he always had, and handled all of processes and decisions following such a tragedy. Although the Army would only work directly with the official designated representative which was John, John brought me along and invited me to participate in every decision of the process following an active-duty military death. When it came to decisions that were outside of the Army's control, John stepped in for me every time I asked and carried me through the pain of all that had to be done to finalize Sam's affairs. John continues to invite my family to his families' celebrations and encourages our boys to stay connected– over 9 years following the death of our son.

On financial matters, John has been reliable, fair, and generous. We shared expenses for our child, and I have never had an issue with him regarding finances. In practice, he frequently assumed more than his share of expenses, treated and spoiled all of his boys equally, and was conscientious and generous with me whenever financial matters arose. I feel that John is consistently open and accountable, which has fostered long-standing trust between us.

Based on more than three decades of personal experience with John—as a friend and as a parent to our son—I can attest to his dependability, generosity, and honesty that underlies my trust in him.

I respectfully submit this letter as a statement of his character and am available to provide further information if that would assist the Court.

Sincerely,

Nancy Avioli