**From:** Peter Gray
**Sent:** Thursday, January 8, 2026 9:37 AM
**To:** John Rogers <jrogers@rsblawfirm.com>
**Subject:** John Diehl Reference

John,

My name is Peter Gray, and I am a co-owner and managing partner of a commercial real estate investment firm based in St. Louis. I am writing to provide a character reference for John Diehl, whom I have known for approximately fourteen years.

I first came to know John through his work with our firm, where he has served as outside counsel on lease negotiations and related real estate matters. Over time, he became a key legal advisor to Altus. Our market leaders would structure deals with prospective tenants, and John was often the person who helped us translate those business terms into clear, balanced agreements. In that role, I saw him repeatedly work in a high integrity manner to align interests between tenant and landlord, with an eye toward long-term partnership rather than short-term advantage.

John's professional competence is evident, but what has always stood out to me is the way he handles complicated and sometimes tense situations. In my experience, he is calm, measured, and respectful, even when parties are far apart or emotions are running high. He listens carefully, explains options without grandstanding, and looks for solutions that are fair and sustainable. That combination of technical skill and steady temperament is one of the reasons I have trusted his counsel for many years.

John is also a friend. Over the years he has been a thoughtful, engaged sounding board for both personal and professional questions, and I have seen the same generosity of time and attention extended to others around him. He shows up, listens well, and tries to help people think clearly and act responsibly, which has only reinforced my respect for his character.

I want to be clear that I am not writing to minimize or comment on the legal issues before the Court, which I do not have full visibility into and am not qualified to assess. My intent is simply to share my direct experience of John's character over more than a decade in professional and personal settings: as someone who is conscientious, professional, and considerate in his dealings with others.

I understand the seriousness of these proceedings and the weight of the decisions before you. Within that context, I hope this perspective is helpful as one small piece of the broader picture. If the Court would like any further information about my relationship with John or my observations, I would be willing to provide it.

Respectfully,


Peter Gray

January 7, 2026

Dear Judge Pitlyk,

My name is Kristen Diehl, and I am writing this letter to offer a personal perspective on the character of my father-in-law, John Diehl. Over the eight years I have known John, he has become a second father to me. I know him to be a man of immense heart and resilience, defined primarily by his unwavering commitment to his family.

I believe the truest reflection of a father is the character of the sons he raises. This is especially true of John, who chose to step up and be a father to my husband, Josh, regardless of biological ties. John provided the structure and support each of his sons needed to grow, and he loves them each fiercely. Today, I see a man in Josh who is caring, compassionate, responsible, and driven; these are qualities he directly attributes to his father's lifelong example. Seeing the person Josh is gives me a profound respect for the man who raised him. John's influence is woven into the kindness and integrity of his family, which stands as a testament to his character as a father.

John's influence has extended into my own life in a way that I value deeply. We share a love of cooking, and some of my favorite moments with him are spent in the kitchen, batting around ideas for a new recipe or debating a specific technique. He is a gregarious, fun-loving person to be around, but he is also incredibly generous with his time. John has been a steady source of support and wise advice through every job offer and promotion of my early career. It has always been evident that he finds his greatest fulfillment in being there for his family and ensuring we are all cared for.

While I did not know the family yet when their eldest son, Sam, passed away, I have also been deeply moved by John's strength in the face of tragedy. I joined them just two years after Sam's passing but have witnessed the quiet bravery it takes for a father to navigate that kind of grief while remaining a steady rock for his wife and his other children. He chose to keep showing up and leading his family through their healing. He ensures Sam's legacy remains a positive part of our lives, both in formal ways like visiting his gravesite and in sharing everyday memories about Sam's favorite things.

Regarding the matter before the court, I have seen firsthand that this has been a deeply sobering experience for John. I know his primary desire is to take full responsibility for his actions and move forward as a productive member of society and a present, supportive figure for his wife and children. He is not alone in this effort; he has a family that loves him deeply and is staying very close to him. We are committed to supporting his growth and making sure he has everything he needs to stay on the right track and continue being a positive presence in our lives.

I regret that I cannot be there in person due to a previously scheduled international trip; however, it is important to me that I convey my support. John is a man of deep character and proven strength who has much to offer his family and community. I am grateful for your time in considering my perspective.

Sincerely,

*Kristen Diehl*

Kristen Diehl