Dear Judge Pitlyk,

I am writing to you to express a sincere and heartfelt perspective on the character of my father that I fear may be lost in the nature of such proceedings. I understand the seriousness of the matter presented and my intent is to depict a more personal side of my father which I humbly ask to be taken into your consideration.

My entire life I have looked up to my father. Some of my earliest and most faint memories are of me running to the door and greeting him after a day at work or returning home from a business trip. While the specifics of these memories have long faded with time, the feelings they evoke have stoutly remained the same: security, comfort, trust, and love. These are defining virtues of our relationship and have been a staple of his character as a parent throughout my life. To this day, my dad is the person I turn to when I feel I have nowhere else to go. He is the person I put my faith in to rise to whatever the situation might call for, from simply being a friendly ear to actively working to find the next steps forward. No matter the scenario, something that has been resolute is his desire for me to be the best version of myself and to live happily.

I believe I would be safe in saying my family would agree on his benevolence as I have seen it in action with my own eyes. When my brother was getting married, I watched as he tirelessly worked to ensure they had a beautiful wedding including smoothing any disputes with the venue, contributing his home for guests to stay at, and guiding the couple to a smooth start in their new life, namely by helping them with multiple moves. When his parent's health began deteriorating due to dementia and certain physical complications, he stepped up along with his siblings to ensure they had adequate care and are to this day able to remain comfortable and safe, despite their conditions. At family gatherings you can often find him as their chaperone bringing refreshments or helping them on their walker, telling a light-hearted joke to the aunts and uncles, or holding his niece's baby. After the passing of my late brother, his focus was on bringing us together and turning it into a celebration of Sam's life and the love in our family. He organized gatherings in his honor and despite his own devastation, ensured everyone felt the opportunity to grieve and move forward.

My father has always ensured that I would be set up for success and has been there every step of the way. No matter what endeavors I choose to pursue, he has always been ready to enthusiastically engage with my interests and helped me find paths to explore them further. As a present and active role model, many of my interests come from his encouragement. Coaching my youth baseball, basketball, and soccer teams inspired a lasting love of sports that we still bond over today, particularly college football. Taking me fishing helped instill a passion for animals and nature that some might say is defining of my own character. The menagerie of arthropods and reptiles I accumulated in my teens would likely not have been allowed in many households, but he was willing to put aside his concerns in order to support me furthering my interests in any way he could.

In particular I am grateful for the wonderful access to education he has helped provide throughout my entire life. I have always considered myself to have a curious mind largely in part

to his own, and he pushed me to further myself at some of the most challenging high schools Saint Louis has to offer. A year after graduating high school, I was unsatisfied with my choice of university and decided to transfer. After discerning I was making my decision for the right reasons, he fully supported me and drove cross country, Saint Louis to Boston and back again, to assist in my move once my semester had reached its end. Similarly, I later decided that I wanted to change my choice of study and, after again ensuring my choice was for the right reasons, he gave me his full support and helped me sit down to find a major that suited both my interests and strengths. During the semester, getting on a phone call to help me with an essay or something similar was something I could tell he genuinely looked forward to and his help was always greatly appreciated.

His kindness and willingness to give is something that is felt by everyone who knows him. I never even knew Josh had a different biological father until I was about 13. Not out of any attempt to hide it, but simply because he so willingly accepted and exceedingly cared for a child that wasn't his own in such a way that it never brought into question someone else might be Josh's biological father. While there is certainly no inherent negative light associated with the terms "half-brother" and "step-father", I believe it is notable that such nomenclature does not exist within our family. My father has three sons, and myself two brothers. Even later in life his willingness to bring others into the fold is clear. Any friends or relationships I bring home he immediately welcomes them and treats them as his own. He particularly enjoys making a new recipe in the kitchen for us all to try together around the dinner table. When I brought my girlfriend home for Thanksgiving this previous year, he gave her a mug, some chocolate, and a small boardgame, something she previously mentioned she enjoyed. During Christmas, he gave her a thoughtful present and treated her like part of the family.

Regarding the current matter at hand, my father has expressed his utmost apologies and his fear of letting us down. He has acknowledged the severity of his actions and his willingness to accept whatever the consequences may be. Throughout this entire process, he has not concerned himself with deflecting blame or allowing any frustrations to get the better of him, but rather focused on the well-being of his family, especially my mother, who has been working tirelessly to support him. He has expressed his desire to do what is necessary to put this chapter behind us and return to a quieter life where he can focus on spending time with loved ones and better support those who rely on him. I humbly and respectfully ask that you consider these qualities of my father as a generous, family-loving, and thoughtful man when determining the proper sentence.

Thank you, Your Honor, for your time and consideration of this letter.

Sincerely,
Daniel Diehl