UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 25-cr-00483 |
| ) | |
| JOHN J. DIEHL, JR. ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONTINUE SENTENCING**

**COMES NOW** Defendant, John J. Diehl, Jr., through undersigned counsel, and for his Joint Motion to Continue Sentencing thirty (30) days, states as follows:

1. A sentencing hearing in this case is currently scheduled for January 23, 2026.

2. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ The parties anticipate that they will require an additional 30 – 45 days to conclude the investigation.

3. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. The motion to continue sentencing is not for the purpose of undue delay, or to interfere with the due administration of justice, but to ensure that all essential evidence and information may be presented to the Court at the time of sentencing.

5.        The Plaintiff, through counsel Hal Goldsmith, joins the Motion to Continue Sentencing by advising the undersigned that Plaintiff has no objection to this motion and supports it for the purpose stated above.

WHEREFORE, Defendant John Diehl, Jr., prays this honorable court grants this joint motion to continue sentencing thirty (30) days, and for such other relief as this Court deems appropriate and just under the circumstances.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:       */s/ John P. Rogers*
JOHN P. ROGERS, #38743
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484
(314) 354-8271 Facsimile
jrogers@rsblawfim.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, the foregoing was electronically filed with the Clerk of the Court to be served via electronic CM/ECF upon Hal Goldsmith, Assistant United States Attorney.