UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 25-cr-00483 |
| | ) |
| JOHN J. DIEHL, JR. | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

**COMES NOW** Defendant, John J. Diehl, Jr., through undersigned counsel and motions the court to continue the Sentencing Hearing of February 19, 2026. Undersigned counsel is scheduled out of town on February 19, 2026 and is available any time after February 24, 2026. Assistant U.S. Attorney Hal Goldsmith has no objection to Defendant's motion.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP


By: _____*/s/ John P. Rogers*_____
JOHN P. ROGERS, #38743
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484
(314) 354-8271 Facsimile
jrogers@rsblawfim.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, the foregoing was electronically filed with the Clerk of the Court to be served via CM/ECF upon Hal Goldsmith, Assistant United States Attorney.