UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 4:25 CR 00483 SEP |
| JOHN DIEHL, JR., | ) |
| Defendant. | ) |

**RESPONSE TO DEFENDANT'S MOTION TO TRAVEL**

Comes now the United States of America, by and through Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District and, for its Response to Defendant's Motion to Travel (ECF 48), states to this Honorable Court as follows:

1. The United States has no objection to the instant Motion to Travel if United States Pretrial Services determines that Defendant is in full compliance with his current bond conditions, and agrees to supervise Defendant while he is outside of the District.

WHEREFORE, the United States of America defers to this Honorable Court as to the pending Motion to Travel.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/Hal Goldsmith*
HAL GOLDSMITH MO#32984
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri 63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the counsel for defendant.

                                      */s/ Hal Goldsmith*
                                      HAL GOLDSMITH
                                      Assistant United States Attorney