February 11, 2026

The Honorable Sarah E. Pitlyk
United States District Court for the Eastern District of Missouri
Thomas F. Eagleton US Courthouse
111 South 10th Street, St. Louis, MO 63102

Via Email to: █████████

Re: John Diehl, Jr.

Dear Judge Pitlyk,

My name is Craig Markway, and I am the father of three young daughters, ages 11, 8, and 5. I have been married to my wife for 15 years. As a Christian, I work at a real estate company founded by a fellow Christian, which I believe is no coincidence. Protecting my family and upholding our honor are my top two priorities—values I strive to instill in my daughters through both my personal life and professional career. This perspective influences how I view the world and who I allow into my family's lives.

I have known John for 10 years, initially through a professional relationship at Altus Properties that later grew into a deeper personal mentorship. Throughout the years, my career has had its ups and downs, and John has consistently been a reliable source of wisdom and guidance during difficult times. He genuinely takes the high road, providing conservative advice on how to navigate various situations. I found his guidance so valuable that I referred important extended family members to him for counsel regarding their legal matters. Protecting my family is paramount, so these recommendations were made with careful consideration. To date, he has provided counsel to me and six others, all of whom would affirm his strong character and thought leadership.

Moreover, the relationship has been mutual. I was the first to learn about his wife, Kelly, having cancer, and I was also the first to hear about the unfortunate situation you are ruling on today. I can attest that he handled both with care and consideration. He immediately stood by Kelly's side, and after we discussed this legal action, he proactively reached out to everyone affected, taking responsibility for what had occurred. He personally apologized for the error in judgment and, importantly, prioritized others' reputations over his own. In such trying circumstances, selflessness and honesty are the core of who he is.

Judge Pitlyk, I see and acknowledge John's error, and I wish we could turn back time to start over. However, since that is not possible, I sincerely hope and pray for your wisdom, guidance, and leniency as you determine a fair sentence for my friend and mentor, John.

I hope this letter offers insight into the man I know and the character he upholds, even during the toughest times.

Respectfully,


Craig J. Markway
█████████