Dear Judge Pitlyk,

My name is Jill Gardner, and I am the sister of John Diehl. I am writing to provide a picture of the person I have known for almost 60 years. I recognize the seriousness of the offense and understand that my brother is before this court for sentencing. While I do not excuse his actions, I want to speak to the person John is outside of this case.

John and I have always been close, and the clearest picture of his character comes from witnessing the family he has built through, at times, very challenging circumstances which include enduring the loss of their oldest son. John did not collapse under the weight of it. Instead, he remained steady for his wife and his surviving sons. Even in his own intense grief, he continued to care for me, our sister, and our parents. Our family is intact today because John stayed and did the hard work when it would have been easier to give up.

With regard to the issues before this Court, John provided us full disclosure from the beginning and did not attempt to deflect blame or make excuses. John took full accountability and chose to confront the damage directly. He has been re-building his life piece by piece, and this work required a level of humility and sustained effort that taught me a lot about commitment and the power of forgiveness. During this process John has become much quieter and more introspective. I see this as a sign of the regret and humility he feels over this current situation. I know he will continue to do whatever it takes to be a better person, as that has been his pattern throughout his life. He will have the support of his family, whatever the outcome.

I also want to share the reality of our lives right now concerning our aging parents. I am not offering this to diminish accountability, but I believe it is important context for the court. Our father is battling Alzheimer's disease, and our mother also suffers significant health issues, including dementia. My siblings and I work as a team to share these responsibilities, and John is an essential part of that team. At their stage of decline, they are past the point of being able to understand the complexities of his potential absence and would likely experience it as the loss of their son. Within the next year, our father will likely not recognize his family at all.

Thank you for your time and for your thoughtful consideration of this letter.

Sincerely,

Jill Gardner