Dear Judge Pitlyk,

My name is Dave Gardner, and I am the brother-in-law of John Diehl. I have known John for over 35 years, ever since the time I met his sister. I am writing to attest to John's exceptional character.

I am aware of the circumstances that bring John before your court concerning the pandemic relief funds. I understand that he has admitted his guilt, taken full responsibility for his actions, and has already made restitution. While I do not condone the mistake, I know that this isolated incident does not reflect the essence of the friend I have known for decades.

John is consistently caring, supportive, and always ready to help at a moment's notice. He has a truly generous spirit and takes immense joy in hosting and caring for our extended family, ensuring everyone feels included and attended to. He is truly the backbone of many of our family traditions, always "all in" for BBQs, holidays, and any occasion that brings us together, working hard to foster a close-knit family bond. His home is always open to all, including nieces and nephews, embracing a "the more the merrier" philosophy.

A particular incident stands out as a testament to his profound character. When one of my daughters was house-sitting and dog-sitting for John, her immaturity led to some damage to his home. John's immediate concern was not for his property, but for her well-being. He made sure she knew she was loved and included, and his focus was entirely on how to hold her accountable in a way that best served her growth and well-being, rather than dwelling on the loss. This exemplifies his belief that no mistake could ever sever a relationship, a rare and cherished quality. He is always the first to take responsibility, not just for his own actions, but for ensuring harmony and integrity within our family.

John consistently strives for a close family and tirelessly works to achieve this goal, always putting others first. His actions consistently demonstrate his deep-seated desire for connection, forgiveness, and unconditional support.

I respectfully ask Your Honor to consider these aspects of John's unwavering character, his genuine remorse, and his commitment to his family and community, as you determine a just and equitable sentence.

Thank you for your time and thoughtful consideration.

Sincerely,

Dave Gardner