March 5, 2026

Dear Judge Pitlyk,

I am writing regarding my husband, John whom I have known for over 30 years.

I am incredibly proud of my family, and I sincerely believe that so much of who we are today is because of John. Before we married, I was a single parent raising my son, Josh, on my own. When my husband came into our lives, he embraced both of us with genuine love and commitment. The moment he was legally able, he adopted Josh without a second thought. It wasn't a formality to him; it was a promise. A promise to love, protect, guide, and raise Josh as his own son.

From that day forward, John has been a father to him in every way that matters. He has given Josh the best of himself, encouraging him when he doubted himself, steadying him when life felt overwhelming, and celebrating every milestone with genuine pride as a devoted father. He has mentored him through every stage of life, helping him grow into a thoughtful, capable, and productive young man. Whether Josh needed advice about his future, support through personal challenges, or simply someone to believe in him, John was always there.

He has always been deeply involved in our children's lives. He coached all three of our kids through various sports during their elementary school years, giving his time, patience, and encouragement not only to our children but to many others in the community. He is someone people naturally turn to for advice, guidance, and support, especially in times of need.

There have been moments in my life when I faced significant challenges, and he consistently stepped up and supported me. When I found a lump on my neck, he was persistent about making sure I got it checked out. Even when our doctor initially said it was nothing to worry about, he trusted his instincts, continued to push for answers, and ultimately helped ensure that my cancer was discovered early. His determination and care protected my health.

Our family has also endured heartbreaking loss with the passing of our oldest son, Sam, my stepson. That period was filled with indescribable pain and grief. Sam was a graduate of West Point Military Academy and was stationed at Fort Rucker for Apache helicopter pilot training. The transition from a highly structured environment to long stretches of unstructured time was difficult for him, and although I will never fully understand why he made the choice he did, he was found on October 12, 2016, having taken his own life. One of his friends went looking for him after another friend in St. Louis was unable to reach him for several days.

I will never forget the evening the Army arrived at our home. John heard the car doors close, looked out the window, and saw the chaplain and a private walking toward our door. He knew instantly why they were there. In that moment, our world collapsed.

It took ten days to bring Sam home. The Army investigated Sam's death, and that process brought countless phone calls, questions, and difficult conversations about his wellbeing in those final days. John faced every one of them with strength and clarity.  As hard as it is to believe such cruelty exists, during that time our family was subject to online and in person abuse about Sam's death saying it was deserved, John was to blame or "got what he deserved" because of a myriad of political related reasons and because John was a public figure.  It escalated to the point that he arranged Freedom Rider escorts for the funeral and the burial at Jefferson Barracks, because protestors showed up at both. He protected us from what he could and carried the emotional weight of those conversations so Nancy, Sam's mother, and I didn't have to go through it.

During that time, and in the days and months that followed, John was the one who held our family together. The loss of a child is the most devastating pain a parent can endure. Both Nancy and I were overwhelmed with grief. That time could have easily broken us, but John carried his own heartbreak while supporting each of us through ours. He showed patience, strength, and compassion when we needed it most. He became the anchor our family leaned on, and he did not allow himself to fully grieve until he knew we were standing again.

After Sam's passing, John was named the sole beneficiary of Sam's proceeds. Although he had every legal right to keep them, he chose to share everything with Sam's mother. He did this quietly, without any expectation of recognition, simply because it was the fair and right thing to do. That is who he is at his core.

In October, 2024, when he first learned of the investigation relating to the matter before this Court, he immediately sat me down, provided full disclosure, and did not deflect blame or make excuses. Instead, he was honest about what happened and took responsibility for his actions.  He understands the seriousness of the situation he is currently facing, and he is determined to move forward responsibly, with honesty and a commitment to doing better. Since that time he has been a quieter, more humble person that clearly understands that he made a mistake and to make sure it never happens again.

He has the full support of our extended family: parents, siblings, brothers-in-law, nieces, and nephews, who stand behind him and continue to guide him both spiritually and morally. Their support reflects the respect he has earned through his actions and the kind of man he has always been.

I sincerely ask that you will take this into consideration as you make your decision.

Sincerely,

Kelly  Diehl