Your Honor,

Cheryl and I are thankful for the opportunity to write this letter in order to communicate to you our experienced opinion regarding the character of John Diehl, Jr.

I have been a part of the Diehl family for 36 years since I met John's sister, Cheryl. I consider it to be a privilege and have benefitted in every part of my life because of the Diehls in general and John Jr. specifically. I am typing this letter for the both of us because of the difficulty that Cheryl has typing due to the effect of Scleroderma and a recent surgery.

Cheryl is 7 years younger than John and his diligent attention and efforts toward his family, church, and school impacted Cheryl positively as they grew up together in Manchester, MO. He was always a gentle, protective brother, leading by example and always ready to help sacrificially. His care and concern for her did not end and was not diminished when she agreed to marry me. He believes that family is the foundation of all society and has exerted considerable effort to give opportunity to all of his family to benefit from a strong extended family relationship. He is always at family functions and hosts many of them and has established strong and helpful relationships with his nieces and nephews. He has taken great care to assure that we are all doing well. He honors his mother and father in the way he upholds their values and continues their legacy of love. His parents are in the twilight of their lives and John is actively involved in their care.

Cheryl and I would like to give two quick examples of his character. First, I lost my job in 2009 and John offered me work insisting that I would not give any discount. He kept me working until I was able to find other work. Secondly, when Cheryl was diagnosed with Scleroderma her doctor recommended that she go to John's Hopkins to see a specialist. We live in Hillsboro, Missouri and would frequently have to fly to Baltimore to see him. John not only offered to pay, and did pay, but he also insisted that we would promise that no treatment would be refused by her because of a lack of ability on our part to pay for the treatments.

John's community and family are better off and benefit from his involvement and presence. I love John and owe a debt to him that I am afraid I will never be able to repay. Cheryl considers John a faithful friend and brother and relies on his wisdom and generosity.

Finally, it seems appropriate to include Kelly Diehl, John's wife, in this letter. She is a rare gem and a credit in whatever community she finds herself. It seems obvious to me that the two of them, together, are able to accomplish all the good that they intend to do toward their immediate and extended family and community.

Sincerely,
Dave and Cheryl Dickmann